**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jerome Jones,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio, et al.,<br><br>        Defendants. | No. CIV 05-2556-PHX-EHC (DKD)<br><br>**ORDER** |

      Pending before the Court is Plaintiff's Motion to Extend Time (Doc. #12). Plaintiff is requesting additional time to submit his response to Defendants' Motion to Dismiss. Upon good cause shown,

      **IT IS HEREBY ORDERED** granting Plaintiff's Motion to Extend Time (Doc. #12). Plaintiff shall file his Response to Defendants' Motion to Dismiss no later than June 19, 2006.

      DATED this 1st day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge